U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 2 1 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM EDWARD STEWART | CIVIL DOCKET NO. 1:08-cv-00909 |
| -vs- | JUDGE DRELL |
| JOE KEFFER | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, considering also the following cases: Gotti v. U.S., 2009 WL 1010498 (S.D. N.Y. 2009); Haukedahl v. U.S., 2009 WL 961157 (N.D. Ohio 2009); U.S. v. Iacaboni, 592 F. Supp. 2d 216 (D. Mass. 2009); and Vaughan v. U.S., 2008 WL 2945449 (W.D. N.C. 2008), and after a de novo review of the record, including the objections filed by the plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Petitioner's Application for Federal Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE**.

SIGNED on this 21st day of April, 2009, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE